IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD WALLACE, #207922, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:12-CV-709-TMH |
| ) | [WO] |
| ) | |
| CYNTHIA S. DILLARD, et al., ) | |
| ) | |
| Defendants. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This 42 U.S.C. § 1983 action is pending before the court on a complaint filed by James Edward Wallace ["Wallace"], an indigent state inmate, challenging information contained in a certificate of pardon issued on October 26, 1998. The defendants filed an answer and special report, supported by relevant evidentiary materials, in which they address the plaintiff's claims for relief. On November 27, 2012, Wallace filed a document in which he seeks dismissal of this civil action "due to mootness.... Defendant[s] granted the relief Plaintiff was seeking to correct [the] errors [at issue] and made the claims moot. Plaintiff feels Justice has been done by the Defendants correction of Pardons." *Doc. No. 25*. The court therefore construes this document to contain a motion to dismiss.

Upon consideration of the plaintiff's motion to dismiss, the court concludes that this motion is due to be granted and this case dismissed as moot.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that the

plaintiff's motion to dismiss be GRANTED and that this case be DISMISSED as moot. It is further

ORDERED that on or before December 18, 2012 the parties may file objections to this Recommendation. Any objections filed must clearly identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 5th day of December, 2012.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE